UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICIA PERRY,<br><br>                  Plaintiff,<br><br>   v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>                 Defendant. | CASE NO. 14-206-BJR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE |

The Court, having reviewed the entire record, memoranda, and the Report and Recommendation of the United States Magistrate John L. Weinberg, finding no objections to the Report and Recommendation having been filed, and for good cause shown, hereby:

(1) ADOPTS the Report and Recommendation;

(2) ORDERS that the Commissioner's decision is REVERSED;

(3) ORDERS that this matter is REMANDED for further administrative proceedings consistent with this order and the Report and Recommendation; and

(4) ORDERS that his matter is CLOSED.

**So ordered.**

Dated this 10th day of November, 2014.

                                              BARBARA J. ROTHSTEIN
                                              UNITED STATES DISTRICT JUDGE